FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARLOS PEREZ,<br><br>                Plaintiff,<br><br>v.<br><br>HUNTER WARFIELD, INC., a foreign corporation and debt collector; and CEDAR SUMMIT ESTATES (PHASE I), a Washington limited liability company and property manager,<br><br>                Defendants. | NO. 2:25-CV-00233-RLP<br><br>ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE |

Before the Court is the parties' Stipulation for Dismissal with Prejudice, ECF No. 16. The parties stipulate to the dismissal of this action, with prejudice and without an award of attorneys' fees or costs to any party. Pursuant to FRCP 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The stipulation is signed by all parties who have appeared.

ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE * 1

Accordingly, **IT IS ORDERED**:

1. The parties' Stipulation for Dismissal with Prejudice, **ECF No. 16**, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED** with prejudice, without an award of fees or costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, close the file, and provide copies to the parties.

DATED November 20, 2025.



REBECCA L. PENNELL
United States District Judge